UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA CROSS,<br><br>              Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>              Defendant. | No.  1:23-cv-00424-ADA-HBK (SS)<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF<br><br>(ECF No. 13) |

On July 26, 2023, Plaintiff Donna Cross and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (ECF No. 13.)  They agree that, on remand, "the Appeals Council will remand the case to the Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record."  (*Id.* at 1.)  The parties further stipulate that judgment shall be entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.  (*Id.* at 2.)

Accordingly,

1. The stipulation of the parties, (ECF No. 13), is granted;
2. The matter is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);

///

1

3. Plaintiff's motion for summary judgment, (ECF No. 10), is terminated as moot; and

4. The Clerk of Court is directed to enter judgment in favor of Plaintiff Donna Cross and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   August 8, 2023

_____
UNITED STATES DISTRICT JUDGE

2